# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RYAN VINTCH, an individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a Municipal Entity; and DOES 1 through 100,<br><br>Defendant. | Case No. 2:20-CV-07932-MWF-PLAx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: January 4, 2021

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE