JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RYAN VINTCH, an Individual, | Case No. 2:20-cv-07932-MWF (PLAx) |
| Plaintiff, | |
| v. | ORDER OF DISMISAL WITH PREJUDICE |
| COUNTY OF LOS ANGELES, a Municipal Entity, Deputy YOVANNI GALINDO, DEPUTY ROBERT ARCHULETA, and DOES 1 through 10, Inclusive, | |
| Defendants. | |

//

//

//

//

//

1

ORDER OF DISMISSAL WITH PREJUDICE

Based upon the stipulation of all parties who have appeared in this action, the action of Plaintiff RYAN VINTCH against Defendants COUNTY OF LOS ANGELES, a Municipal Entity, DEPUTY YOVANNI GALINDO, DEPUTY ROBERT ARCHULETA, and DOES 1 through 10 will be dismissed with prejudice with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 9, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge